UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BORIN ADAMES,

                Plaintiff,

                                      JUDGMENT
                                      17-cv-4077 (DLI)

    -against-

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------ X

       An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on November 13, 2019, dismissing plaintiff's complaint against defendants and all claims therein, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or fees to any party as against any other; it is

       ORDERED and ADJUDGED that plaintiff's complaint against defendants and all claims therein are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or fees to any party as against any other.

Dated: Brooklyn, New York
       November 14, 2019

                                                                       Douglas C. Palmer
                                                                       Clerk of Court

                                                       By:    /s/*Jalitza Poveda*
                                                                     Deputy Clerk